[No. 12224.   Department Two.   May 27, 1915.]

C. A. GWINN, *Respondent*, v. ANNA D. FORD, *Appellant*.[1]

Appeal from a judgment of the superior court for Spokane county, Sullivan, J., entered March 30, 1914, in favor of the plaintiff, upon sustaining a demurrer to the affirmative defenses, in an action upon a promissory note, tried to the court.   Reversed.

*Mulligan & Bardsley*, for appellant.

PER CURIAM.—This is a companion case to that of *Gwinn v. Ford, ante* p. 571, 148 Pac. 891, and for the reasons therein given, the judgment will be reversed.

---

[No. 12260.   Department One.   May 27, 1915.]

ROSE STEELE, *Appellant*, v. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY *et al.*, *Respondents*.[2]

Appeal from a judgment of the superior court for Spokane county, Huneke, J., entered June 16, 1914, in favor of the defendants, upon the pleadings, dismissing an action for damages to property by the construction and operation of a railroad.   Affirmed.

*Skuse & Morrill*, for appellant.
*F. M. Dudley, Geo. W. Korte*, and *F. M. Barkwill*, for respondents.

PER CURIAM.—The questions involved in this case are the same as those involved in *Taylor v. Chicago, Milwaukee & St. Paul R. Co., ante* p. 592, 148 Pac. 887.   For the reasons assigned in the opinion in that case, the judgment rendered by the superior court in this case is affirmed.

[1]Reported in 148 Pac. 892.

[2]Reported in 148 Pac. 890.